**UNITED STATES of America,**
**Appellee,**

v.

**Armando PALMA–MARTINEZ,**
**Appellant.**

No. 00–2839.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 5, 2001.

Decided Feb. 8, 2001.

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Armando Palma–Martinez pleaded guilty to transporting illegal aliens for commercial advantage and private financial gain. On appeal from the sentence of imprisonment and supervised release imposed by the district court,[*] Palma–Martinez's counsel filed a brief contending the district court imposed an overly harsh sentence and moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Palma–Martinez raises several additional arguments in his pro se supplemental brief. Having considered the briefs filed by counsel and Palma–Martinez and the record, we find no nonfrivolous issues for appeal. *See Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); *Anders,* 386 U.S. at 744. We thus affirm the judgment of the district court and grant counsel's motion to withdraw.

* The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.